**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Charles William COOK, Defendant—Appellant.**

No. 03–50139.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Jan. 29, 2004.

Decided March 22, 2004.

---

* The Honorable Jeffrey S. White, United States District Judge for the Northern District of California, sitting by designation.

3. 8 U.S.C. §§ 1101(a)(42)(A); 1158(b)(1).

4. Ghaly, 58 F.3d at 1429.

5. 8 C.F.R. § 208.16.

Richard Cheng, AUSA, San Diego, CA, for Plaintiff–Appellee.

Robert L. Swain, Esq., San Diego, CA, for Defendant–Appellant.

Before: HAWKINS and FISHER, Circuit Judges, and WEINER, District Judge.*

MEMORANDUM **

We affirm the district court's sentencing determination. The images possessed by Cook depicting a prepubescent girl engaged in vaginal intercourse with an adult male clearly portray "sadistic" conduct under United States Sentencing Guideline (U.S.S.G.) § 2G2.2. *See United States v. Rearden,* 349 F.3d 608, 615 (9th Cir.2003). Regardless of whether U.S.S.G. § 2G2.2(b)(3) contains a scienter requirement, in Trial Exhibits 4 and 11 the government introduced evidence sufficient to demonstrate that Cook in fact intended to possess sadistic material. *See id.* at 616. Because of the limited nature of the prior remand from this court the district court did not err in concluding that it had no authority to depart downward. *See United States v. Matthews,* 278 F.3d 880, 889 (9th Cir.2002).

We also DENY Cook's motion for bail pending appeal for the reasons set forth in this disposition.

**AFFIRMED**

---

* The Honorable Charles R. Weiner, Senior United States District Judge for the Eastern District of Pennsylvania, sitting by designation.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

